JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:      (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 09-0515 (PJH) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER TITLE 18 U.S.C. § 3161 |
| v. | ) | |
| DENNIS FRANKLIN, | ) | |
| Defendant. | ) | |

      On June 3, 2009, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties requested, and the Court agreed, to continue this matter for a status conference and possible change of plea, on June 24, 2009.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

      The defendant also agrees to exclude for this period of time any time limits applicable

STIP. & [PROPOSED] ORDER EXCL. TIME
FRANKLIN; CR 09-0515 (PJH)     1

1  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
2  reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
3  3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
4  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
5  U.S.C. § 3161(h)(7)(A).
6  SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

10 DATED: June 3, 2009              /s/
                                BENJAMIN P. TOLKOFF
11                                 Assistant United States Attorney

13 DATED: June 3, 2009              /s/
                                LOREN G. STEWART
14                                 Attorney for DENNIS FRANKLIN

15    For the reasons stated above, the Court finds that the continuation of this matter from June 3,
16 2009, to June 24, 2009, is warranted and that the ends of justice served by the continuance
17 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
18 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective
19 preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
20 §3161(h)(7)(B)(iv).

22 SO ORDERED.

24 DATED:___06/11/09___         _____
                                HONORABLE PHYLLIS J. HAMILTON
25                                 United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
FRANKLIN; CR 09-0515 (PJH)                                             2